UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JEFF WILLENS,

                     Plaintiff,

-against-

VIDIPAX, LLC, GAIL H. CLARKE, STEVEN A. GOLDBERG, AND JOHN KRAININ,

                     Defendants.

09 CV 3669 (FB)(RL)

CERTIFICATION OF SERVICE

## CERTIFICATION OF SERVICE

I hereby certify that on September 2, 2009, I served one copy of the Summons and Complaint in the above-captioned action upon Attorney for all Defendants Joseph Novahicka, Esq., Mavromihalis, Pardalis & Novahicka, LLP, 3403 Broadway, Suite 200, Astoria, NY 11106, via email, at the email address jdn@mpnfirm.com designated by defendants for such service. On September 2, 2009, in accordance with the attached email from Joseph Novahicka, Esq., Defendants' attorney agreed to accept such service on behalf of all defendants via email only.

Dated:    Valhalla, NY
            September 3, 2009

                                                GLASS KRAKOWER LLP

                                      By:  _____
                                                Bryan D. Glass (BG 9823)
                                                Attorneys for Defendants
                                                20 Broadway, Suite 1
                                                Valhalla, NY 10595
                                                (914) 831-1386