Print | Close Window

**Subject:** RE: Willens v. Vidipax, LLC, 09 CV 3669 (EDNY)
**From:** "Joseph D. Nohavicka" <jdn@mpnfirm.com>
**Date:** Sat, Sep 05, 2009 12:13 pm
**To:** "'Bryan Glass'" <bg@glasskrakower.com>

Thank you for your e-mail of September 2, 2009.

Service will be accepted by this firm on behalf of defendants provided that service is deemed effectuated on September 8, 2009. In the event that is acceptable, further service upon defendants shall be unnecessary.

I look forward to discussing resolution with you.

Have a peaceful holiday.

Joe

**Joseph D. Nohavicka, Partner**
**MAVROMIHALIS, PARDALIS & NOHAVICKA, LLP**
**ATTORNEYS AT LAW**
3403 BROADWAY – SUITE 200, ASTORIA NY 11106
TEL: 718.777.0400 | FAX: 718.777.0599 | JDN@MPNFIRM.COM

This electronic message contains information from the law firm of MAVROMIHALIS PARDALIS & NOHAVICKA, LLP, Attorneys at Law that may be privileged and confidential. The information is intended to be for the use of the addressee only. If you are not the addressee, please contact us at the email address or telephone number listed above. Any disclosure, copy, distribution, or use of the contents of this message is prohibited by law.

---

**From:** Bryan Glass [mailto:bg@glasskrakower.com]
**Sent:** Wednesday, September 02, 2009 4:01 PM
**To:** Joseph D. Nohavicka
**Subject:** RE: Willens v. Vidipax, LLC, 09 CV 3669 (EDNY)

Mr. Novahicka

Nice speaking with you the other day.

Attached are PDF versions of the complaint and summonses that were filed in the above-referenced matter. Would you please send me a confirmation email that you are accepting service on behalf of all Defendants and are waiving any objections as to service on Defendants, and that no further service by Plaintiff on Defendants is necessary?

We plan to get back to you next week regarding a settlement demand.

Have a good holiday weekend.

Bryan D. Glass, Esq.
Partner